In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Appellant, for an Order to Take Possession of the Property of the SECOND RUSSIAN INSURANCE COMPANY, Appellant.

FRED S. JAMES & COMPANY et al., Respondents.

(Argued March 17, 1930; decided May 6, 1930.)

James F. Donnelly, Alfred C. Bennett, John M. Downes and *Clarence C. Fowler* for Superintendent of Insurance, appellant.

*Robert J. Sykes, Paul Bonynge* and *John E. Booth* for Second Russian Insurance Company, appellant.

*Louis J. Wolff* and *David Rumsey* for respondents.

Order affirmed, with costs, on opinion in *Matter of People (First Russian Insurance Company)* (253 N. Y. 365); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.